## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Blackbeam, LLC

                        Plaintiff,

v.                                                   Case No.: 1:14–cv–04849

                                                                     Honorable Ruben Castillo

Promier Products, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 19, 2014:

      MINUTE entry before the Honorable Ruben Castillo:Defendant's agreed motion for fifth extension of time to answer or otherwise plead to the complaint [25] is granted. Since the parties have reached an agreement on all substantive terms, the Court on its own motion, hereby dismisses this lawsuit without prejudice subject to a dismissal with prejudice upon the filing of a stipulation or appropriate settlement documents. If the parties are unable to finalize the settlement agreement, the parties will be given full leave to reinstate this lawsuit. The motion hearing set for 11/25/2014 and the status hearing set for 12/3/2014 are vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.